```
                                        FILED
                                   06 SEP 22  AM 9:53
                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY:    pm         DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| DAVID R. AYALA, | CASE NO. 06CV1474-H |
|---|---|
| Petitioner, | **ORDER DISMISSING SUCCESSIVE PETITION** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On July 20, 2006, Petitioner David Ayala ("Petitioner") filed a request under 28 U.S.C. §§ 2241 or 2255, which the Court construes as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. Petitioner was sentenced on September 23, 1991 to 262 months in prison with a three-year term of supervised release. Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2255 on August 9, 1996. (Case No. 90cr1181, Doc. No. 372.) That petition was denied on November 12, 1996. (Id., Doc. No. 387.) Under 28 U.S.C. § 2244(b), where a prior application for a writ of habeas corpus has been determined by a circuit or district judge of the United States, the petitioner must obtain permission from the court of appeals in the Circuit where the district court resides, before the district court may consider the application. 28 U.S.C. § 2244(b)(3)(A). Section 2244 acts as a gatekeeping provision and imposes stringent restrictions on the filing of second or successive petitions. See Felker v. Turpin, 518 U.S. 651, 662-64 (1996). Thus, Petitioner must seek permission from the Court of

1 | Appeals for the Ninth Circuit before this Court may entertain his successive petition.
2 | Accordingly, the Court **DISMISSES** the petition for writ of habeas corpus pursuant to
3 | 28 U.S.C. § 2255.
4 |     IT IS SO ORDERED.
5 | Dated: 9/21/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**COPIES TO:**
David Raoul Ayala
23680-198
SPRCTI
Taft Correctional Institution
P.O. Box. 7001
Taft, CA 93268-7001

U.S. Attorney's Office, Civil Division
U.S. Attorney's Office, Southern District of California
880 Front Street, Suite 6253
San Diego, CA 92101